*E-Filed 10/11/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD UNQUERA, | No. C 11-4121 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| BOB DOYLE, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. The petition was dismissed with leave to amend within 30 days. More than 30 days have passed, and petitioner has not filed an amended petition. Accordingly, this action is DISMISSED without prejudice to petitioner filing an amended petition. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: October 11, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-4121 RS (PR)
ORDER OF DISMISSAL